### SCIBETTA HOLDING CO. v.
### NEW JERSEY BELL TELEPHONE CO.

June 29, 1973. Petition for certification denied.

### COMPENSATION ASSOCIATION OF NEW JERSEY, INC. v.
### RONALD M. HEYMANN, COMMISSIONER OF LABOR AND
### INDUSTRY.

June 29, 1973. Petition for certification denied.

### OSVALDO FEBLES v. NEW JERSEY STATE PAROLE BOARD.

June 29, 1973. Petition for certification denied.

### VANCE HUMPHREY v.
### NEW JERSEY STATE PAROLE BOARD.

June 29, 1973. Petition for certification denied.

### ANTHONY C. GIAGNACOVO v. BEGGS BROTHERS.

June 29, 1973. Petition for certification granted.

### STATE OF NEW JERSEY v. HERMAN NASH.

June 29, 1973. Petition for certification granted.